Jay T. Jambeck SBN: 226018
Mandy G. Leigh SBN: 225748
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:     415-399-9155
Facsimile:     415-399-9608
Email: jjambeck@leighlawgroup.com

Attorneys for Plaintiff
CLAUDETTE SCORAS as
successor in interest to
KENNETH COSTELLO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDETTE SCORAS as successor in interest to KENNETH COSTELLO,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>Defendant. | Case No.  **2:13-cv-00743-MCE-EFB**<br><br>**STIPULATION REGARDING DISMISSAL PURSUANT TO FRCP 41** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), Plaintiff CLAUDETTE SCORAS as successor in interest to KENNETH COSTELLO and Defendant BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY hereby stipulate**:**

That this action be dismissed with prejudice.

Date: October 28, 2014                                LEIGH LAW GROUP

                                                     s/ Jay T. Jambeck
                                                     _____
                                                     Jay T. Jambeck

Date: October 28, 2014                                SEGAL & ASSOCIATES, PC

                                                     s/ John T. Kinn
                                                     _____
                                                     John T. Kinn

## **ORDER**

Pursuant to the above stipulation, this case is DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT